IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SUZETTE GRAY,<br>      **Plaintiff**<br><br>v.<br><br>V-TECH,<br>      **Defendant** | No. 3:23cv2104<br><br>(Judge Munley)<br><br>(Magistrate Judge Arbuckle) |

## ORDER

Presently before the court is the Report and Recommendation ("R&R") of Magistrate Judge William I. Arbuckle recommending that this case be dismissed without prejudice for lack of subject matter jurisdiction. (Doc. 12). No objections to the R&R have been filed and the time for such filing has passed.

In deciding whether to adopt the report and recommendation when no timely objection is filed, the court must determine if a review of the record evidences plain error or manifest injustice. FED. R. CIV. P. 72(b), 1983 Advisory Committee Notes ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record to accept the recommendation"); see also 28 U.S.C. § 636(b)(1); <u>Sullivan v. Cuyler</u>, 723 F.2d 1077, 1085 (3d Cir. 1983).

After a careful review, the court thus finds neither clear error on the face of the record nor a manifest injustice, and therefore, the R&R shall be adopted. It is hereby **ORDERED** as follows:

1) The R&R (Doc. 12) is **ADOPTED**;

2) Plaintiff's complaint (Doc. 1) is **DISMISSED** without prejudice; and

3) The Clerk of Court is directed to close this case.

Date: 7/8/24

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court